UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:00−cr−107

v.                                     Hon. Paul L. Maloney

TORYANO LEMENT BABB,

        Defendant.
_____/

### ORDER REJECTING PLEADING

      The Court has examined the following document(s) received February 9, 2022 and orders the Clerk to reject the Miscellaneous Documents and return the document(s) to Toryano Lement Babb for the reason(s) noted below:

      Filer has submitted documents which are nonsensical in nature. If Filer intends for such documents to be used as exhibits, Filer must submit the documents attached to a pleading, motion or brief, specifically setting out the purpose and relevance to this case.

      IT IS SO ORDERED.

Dated:  February 10, 2022                          /s/ Ray Kent
                                                                  RAY KENT
                                                                    U.S. Magistrate Judge